RECEIVED
IN MONROE, LA

AUG 0 2 2010

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| LANNY RAY WALTERS AND LOIS ANN WALTERS | * | CIVIL ACTION NO. 09-1778 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| DONALD SMITH, M.D. AND OVERTON BROOKS VA MEDICAL CENTER | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED** that the Motion to Dismiss for Lack of Subject Matter Jurisdiction [Doc. # 14] filed by Defendant Ronald R. Smith is hereby **GRANTED**, and that Plaintiffs' complaint against Defendants Donald Ray Smith, M.D., and the Overton Brooks VA Medical Center is hereby **DISMISSED WITHOUT PREJUDICE** in its entirety. Fed.R.Civ.P. 12(b)(1) & (h)(3).

**IT IS FURTHER ORDERED** that the Motions to Dismiss for Failure to State a Claim Upon which Relief Can Be Granted and for Summary Judgment [Docs. Nos. 14 & 15] filed by Defendant Ronald R. Smith are otherwise **DENIED AS MOOT**.

MONROE, LOUISIANA, this 2 day of August, 2010.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE